In the Matter of the Claim of DANIEL ROCKS, Respondent, against THE CARLETON CO., INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of NATHAN GOLDSTEIN, Respondent, against SURPRISE LAUNDRY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOSEPHINE INCIARDI, Appellant, against THE BANK OF AMERICA and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of SOPHIE VON MANSBERG, Respondent, against NASSAU COUNTY MORTGAGE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JAMES CRANDALL and Another, as Administrators, etc., of JENNIE CRANDALL, Deceased, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent. WESLEY W. SUTLIFF, as Administrator, etc., of ADELLA SUTLIFF, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of CARDER REALTY CORPORATION for Certiorari Order against ELMER F. ANDREWS, Industrial Commissioner of the State of New York.— Motion to vacate certiorari order denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.